O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **JESUS GARCIA,** | ) | Case No. CV 08-04994-SGL(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **ROBERT HOREL, WARDEN,** | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: January 17, 2009

_____
Stephen G. Larson
United States District Judge